UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ENERGY POLICY ADVOCATES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 19-3307-TNM |
| | ) | |
| U.S. DEPARTMENT OF STATE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## <u>ANSWER</u>

Defendant, U.S. Department of State, respectfully files this Answer to the complaint in this case.  This case arises under the Freedom of Information Act ("FOIA").  Pursuant to Local Civil Rule 16.3(b)(10), this case is exempt from Rules 16(b) and 26(f) of the Federal Rules of Civil Procedure.  Defendant denies all allegations in the complaint except those admitted herein. Defendant responds to the paragraphs in the Complaint as follows:

1.      This paragraph is a characterization of Plaintiff's lawsuit to which no response is required. To the extent a response is deemed required, Defendant denies the allegations, except to admit that Plaintiff's lawsuit was filed pursuant to FOIA and to respectfully refer the Court to the statute for a full and accurate statement of its contents.

2.      This paragraph is a characterization of Plaintiff's lawsuit to which no response is required.  To the extent any response is deemed required, Defendant denies.

3.      This paragraph is a characterization of Plaintiff's lawsuit to which no response is required.  To the extent any response is deemed required, Defendant denies.

4.      Defendant respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of its contents.  To the extent any response is deemed required, Defendant denies.

5.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph concerning an unknown document allegedly in Plaintiff's possession.  This paragraph and the footnote referenced therein also contain conclusions of law regarding privilege, responsiveness, and statutory interpretation to which no response is required.  To the extent a response is deemed required, Defendant denies.

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph concerning an unknown document allegedly in Plaintiff's possession.

7.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph concerning an unknown document allegedly in Plaintiff's possession.

8.      Defendant admits that it has not, to date, provided Plaintiff with records or a final determination.  This rest of this paragraph contains conclusions of law to which no response is required.

9.      This paragraph consists of conclusions of law regarding exhaustion to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the other allegations in this paragraph.

10.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph regarding the reporting of media outlets.

11.     This paragraph is a characterization of Plaintiff's lawsuit to which no response is required.  To the extent any response is deemed required, Defendant denies.

## PARTIES

12.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph.

13.     Defendant admits that the Department of State is a federal agency within the meaning of FOIA and is headquartered in Washington, D.C.

## JURISDICTION AND VENUE

14.     This paragraph consists of conclusions of law regarding jurisdiction to which no response is required.

15.     This paragraph consists of conclusions of law regarding venue to which no response is required.

## FACTUAL AND STATUTORY BACKGROUND

16.     Admitted.

17.     Denied.

18.     Defendant respectfully refers the Court to Plaintiff's FOIA request for a full and accurate statement of its contents.

19.     This paragraph consists of conclusions of law about FOIA to which no response is required.

20.     This paragraph consists of conclusions of law about FOIA to which no response is required.

21.     Defendant admits that it has not, to date, provided Plaintiff with records or a final determination.  The rest of this paragraph consists of conclusions of law to which no response is required.

22.     This paragraph consists of Plaintiff's characterization of a judicial decision to which no response is required.

23.     This paragraph consists of conclusions of law to which no response is required.

24.     This paragraph consists of conclusions of law to which no response is required.

## FIRST CLAIM FOR RELIEF

25.     Defendant incorporates by reference and refers the Court to its responses to Paragraphs 1 through 24 as if fully stated herein.

26.     This paragraph consists of conclusions of law to which no response is required.

27.     This paragraph consists of conclusions of law to which no response is required.

28.     This paragraph consists of conclusions of law to which no response is required.

29.     This paragraph consists of conclusions of law to which no response is required.

## SECOND CLAIM FOR RELIEF

30.     Defendant incorporates by reference and refers the Court to its responses to Paragraphs 1 through 29 as if fully stated herein.

31.     This paragraph consists of conclusions of law to which no response is required.

32.     This paragraph consists of conclusions of law to which no response is required.

33.     This paragraph consists of conclusions of law to which no response is required.

## THIRD CLAIM FOR RELIEF

34.     Defendant incorporates by reference and refers the Court to its responses to Paragraphs 1 through 33 as if fully stated herein.

35.     This paragraph consists of conclusions of law to which no response is required.

36.     This paragraph consists of conclusions of law to which no response is required.

The remainder of the Complaint consists of Plaintiff's requests for relief to which no response is required.  To the extent a response is deemed necessary, Defendant denies that Plaintiff is entitled to the relief requested or to any relief whatsoever.

Defendant reserves the right to amend, alter and supplement the defenses contained in this Answer as the facts and circumstances giving rise to this Complaint become known to Defendant through the course of this litigation.

## FIRST DEFENSE

Plaintiff cannot compel the release of records protected by or or more FOIA exemptions.

Dated: December 13, 2019                    Respectfully submitted,

JESSIE K. LIU, D.C. Bar #472845
United States Attorney for the District of Columbia

DANIEL F. VAN HORN, D.C. Bar #924092
Assistant United States Attorney

 /s/ Alan Burch
ALAN BURCH, D.C. Bar #470655
Assistant United States Attorney
United States Attorney's Office, Civil Division
555 Fourth St., NW
Washington, DC 20530
(202) 252-2550, alan.burch@usdoj.gov

*Counsel for Defendant*