UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,        )<br>                                                            )<br>        Plaintiff,                                     )<br>                                                            )<br>        v.                                                 )<br>                                                            )<br>U.S. DEPARTMENT OF STATE,         )<br>                                                            )<br>        Defendant.                                 )<br>                                                            ) | Civil Action No. 19-3307-TNM |

## JOINT STATUS REPORT

Defendant, U.S. Department of State, and Plaintiff, Energy Policy Advocates, respectfully file this Joint Status Report, pursuant to the Court's Minute Order of December 13, 2019. This case arises under the Freedom of Information Act ("FOIA"). Counsel for the parties have conferred and jointly report as follows:

1.      Defendant is continuing to locate potentially responsive records and has located and begun reviewing approximately 300 potentially responsive records to determine if they are actually responsive. Defendant is not yet able to provide an estimate of the total number of responsive records, but anticipates being able to complete its searches and estimate the number of potentially responsive records by February 21, 2020.

2.      Defendant anticipates being able to make its first release by February 21, 2020, and to produce records monthly thereafter. Soon thereafter, counsel for the parties will confer about a production schedule.

3.      Defendant does not believe it will need to request an Open America stay.

4.	Defendant believes it premature to predict whether a Vaughn index will be necessary in this case, or to propose a schedule for dispositive motions.

5.	The parties jointly propose that the Court set a deadline of February 28, 2020, for another joint status report by the parties, to update the Court on the status of the production, the number of responsive records, and whether the parties are able to propose a schedule for dispositive motions at that time.

Dated January 10, 2020                                              Respectfully submitted,

| | |
|---|---|
| Matthew D. Hardin<br>324 Logtrac Rd.<br>Stanardsville, VA 22973<br>434-202-4224<br>MatthewDHardin@gmail.com | JESSIE K. LIU, D.C. Bar #472845<br>United States Attorney for the District of Columbia<br><br>DANIEL F. VAN HORN, D.C. Bar #924092<br>Assistant United States Attorney |
| Hans Frank Bader<br>1100 Connecticut Ave., Ste. 625<br>Washington, DC 20036<br>703-399-6738<br>hfb138@yahoo.com | /s/ *Alan Burch*<br>ALAN BURCH, D.C. Bar #470655<br>Assistant United States Attorney<br>United States Attorney's Office, Civil Division<br>555 Fourth St., NW<br>Washington, DC 20530<br>(202) 252-2550, alan.burch@usdoj.gov |
| /s/ *Chris Horner*<br>Christopher Cochran Horner<br>D.C. Bar #440107<br>GOVERNMENT ACCOUNTABILITY &<br>OVERSIGHT P.C.<br>1489 Kinross Lane<br>Keswick, VA 22947<br>(202) 262-4458<br>chris@chornerlaw.com | *Counsel for Defendant* |

*Counsel for Plaintiff*