# Exhibit 4

| | |
|---|---|
| **From:** | Matthew D. Hardin |
| **To:** | Curteman, Dedra (USADC) |
| **Cc:** | Chris Horner; Zubrow, Michael |
| **Subject:** | [EXTERNAL] RE: EPA v. State, 21-2012 (TNM) |
| **Date:** | Tuesday, February 21, 2023 2:54:37 PM |

Good afternoon,

Regarding item 1: We maintain our objection to these witholdings.

Regarding item 2: We reluctantly withdraw our objection to this withholding, in the unique circumstances of this case and in light of Plaintiff's priorities. This should not be construed as an admission that the cited authority by another judge in a case brought by a different plaintiff governs this particular plaintiff's entitlement to relief.

**Matthew D. Hardin**
**Hardin Law Office**
NYC Office: 212-680-4938
DC Office: 202-802-1948
Cell Phone: 434-202-4224
Email: MatthewDHardin@protonmail.com

Sent from my iPhone

Sent with Proton Mail secure email.

------- Original Message -------
On Tuesday, February 21st, 2023 at 12:36 PM, Curteman, Dedra (USADC) <Dedra.Curteman@usdoj.gov> wrote:

> Chris and Matt,
>
> I'm writing to follow up on my email from Thursday to seek a response on the Department's proposal regarding what needs to be covered in a Vaughn (currently due 2/24).  Two questions remain for which we need you to answer by COB tomorrow:
>
> 1. Given the Department's intent to re-release the C-175 Action Memo and remove withholdings of the offices that cleared on the document but maintain a b6 on the names of the individuals who cleared, are you challenging that remaining b6 withholding?
> 2. Are you still challenging the withholding of the substance of the Memorandum of Law given that a denial in full of this exact document was supported by a ruling from the D.D.C. 17 months ago?
>
> Thanks,

Dedra

**Dedra S. Curteman**

Assistant United States Attorney

U.S. Attorney's Office, District of Columbia

601 D Street, NW, Washington, D.C. 20530

(202) 252-2550 (office)

(202) 809-0776 (cell)

dedra.curteman@usdoj.gov

---

**From:** Curteman, Dedra (USADC) <DCurteman@usa.doj.gov>
**Sent:** Thursday, February 16, 2023 5:38 PM
**To:** Chris Horner <chris@chornerlaw.com>; Matthew D. Hardin
<MatthewDHardin@protonmail.com>
**Cc:** Zubrow, Michael <ZubrowM@state.gov>; Curteman, Dedra (USADC)
<DCurteman@usa.doj.gov>
**Subject:** EPA v. State, 21-2012 (TNM)

Chris and Matt,

In advance of our upcoming *Vaughn* index and declaration, the State
Department is willing to release some records with fewer withholdings and
wanted to bring to your attention a notable decision on one of the records
in question.

*First*, the Department is going to re-release the document previously produced as pages 3-5 of the October 2020 production.  This document is the Paris C-175 Action Memo.  The Department will be removing withholdings of the list of offices that cleared on the document but will maintain other withholdings including the FOIA Exemption 5, 5 U.S.C. § 552 (b)(5) withholdings throughout and the FOIA Exemption 6, 5 U.S.C. § 552 (b)(6) withholding of the names of the individuals who cleared on the document. With respect to this document, the Department wants to know whether you will seek to challenge the exemption 6 withholdings of the names of the individuals who cleared on the document.

*Second*, the Department is going to re-release the document previously produced as pages 3-4 of the March 2022 production.  This document is Tabs 1 and 2 of the Paris C-175 Action Memo: the Full Power and Acceptance.  That document will now be released in full.

*Third*, the Department brings to your attention the document previously produced as pages 6-23 of the October 2020 production.  This document is Tab 5 of the Paris C-175 Action Memo: the Memorandum of Law which the Department is continuing to withhold under FOIA Exemption 5, 5 U.S.C. § 552 (b)(5), pursuant to both the deliberative process privilege and the attorney-client privilege.  The Department has already withheld this exact same document in litigation before the D.C. District Court in *Competitive Enter. Inst.* v. *United States Dep't of State*, 486 F. Supp. 3d 171.  In the attached memorandum opinion dated September 15, 2020, Judge Amit Mehta, ruled that "the Department's withholding of the legal memorandum is justified under FOIA Exemption 5…. based on the deliberative process privilege."  Notably, Judge Mehta made this determination  without even needing to address the assertion of the attorney-client privilege.  Based on the fact that this same court has already ruled in the Department's favor on this exact document just 17 months ago, the Department respectfully requests that you drop your objection.

Based on the above the Department proposes to prepare a *Vaughn* index defending the following:

1. The Paris C-175 Action Memo withholdings under FOIA Exemption 5, 5 U.S.C. § 552 (b)(5).
    a. This will be re-released in the coming days but was originally produced as pages 3-5 of the October 2020 production.

2. The Paris C-175 Action Memo Tab 3 – Additional Background withholdings under FOIA Exemption 5, 5 U.S.C. § 552 (b)(5).
    a. This was originally produced as pages 6-12 of the March 2022 production.
3. The Points on Joining Paris One Pager withholdings under FOIA Exemption 5, 5 U.S.C. § 552 (b)(5).
    a. This was originally produced as pages 5-6 of the February 2020 production.

Please let us know as soon as possible whether this works for you or you have any concerns.  We would be happy to set up a call as soon as possible to discuss if helpful.

Best,

Dedra

**Dedra S. Curteman**

Assistant United States Attorney

U.S. Attorney's Office, District of Columbia

601 D Street, NW, Washington, D.C. 20530

(202) 252-2550 (office)

(202) 809-0776 (cell)

dedra.curteman@usdoj.gov