# Exhibit 5

## *Energy Policy Advocates v. U.S. Department of State* (Case No. 19-cv-03307)

### Department of State Supplemental *Vaughn* Index

### FOIA Request FL-2020-00054/F-2019-06836

| Document Number | Document Type | Pages | Review Result | State FOIA Exemptions Claimed |
|---|---|---|---|---|
| **(1)** | | | | |
| C06873511 / A-00000473902 | Action Memo | 3 | Released in Part ("RIP") | (b)(5) Deliberative Process Privilege ("DPP") and Attorney-Client Privilege ("ACP") <br> (b)(6)[1] |
| **DESCRIPTION:** This document is the final signed C-175 action memorandum to the Secretary of State seeking authorization to join the Paris Climate Agreement on behalf of the United States. The Department withheld portions of this document under FOIA **Exemption 5**, 5 U.S.C. § 552(b)(5), pursuant to both the deliberative process and attorney-client privileges. All Exemption 5 withholdings within this document were made pursuant to the deliberative process privilege. In addition, the Exemption 5 withholding on page two of this document was also made pursuant to the attorney-client privilege. The Department conducted a line-by-line review of the document and determined that there is no additional meaningful, non-exempt information that could be reasonably segregated and released. ||||
| **(2)** | | | | |
| A-00000486626 | Action Memo Attachment: Background Information | 7 | RIP | (b)(5) DPP and ACP |
| **DESCRIPTION:** This document, titled Background Information, is an attachment to the final Action Memorandum to the Secretary of State seeking authorization to join the Paris Climate Agreement on behalf of the United States. The Department withheld portions of this document under FOIA **Exemption 5**, 5 U.S.C. § 552(b)(5), pursuant to both the deliberative process and attorney-client privileges. All Exemption 5 withholdings within this document were made pursuant to the deliberative process privilege. In addition, the following Exemption 5 withholdings within this document were also made pursuant to the attorney-client privilege: 1) the withholding at the bottom of page two through the top of page five under the heading, "The Paris Agreement"; 2) the withholding on page five under the heading "Status of ||||

---

[1] Since the preparation of the initial *Vaughn* Index, Plaintiff has dropped its challenge to withholdings under Exemption 6, 5 U.S.C. § 552(b)(6).

| Document Number | Document Type | Pages | Review Result | State FOIA Exemptions Claimed |
|---|---|---|---|---|
|  | | | | |

Language Conformation Process"; 3) the withholding on page six under the heading "Environmental Documentation"; 4) the withholding on page six under the heading "Budgetary Implications"; the withholding on page six into page seven under the heading "Significant Regulatory Action"; and 5) the withholding on page seven under the heading "Reporting and Publication". The Department conducted a line-by-line review of the document and determined that there is no additional meaningful, non-exempt information that could be reasonably segregated and released.

**(3)**

| Document Number | Document Type | Pages | Review Result | State FOIA Exemptions Claimed |
|---|---|---|---|---|
| C06527220 | Email Attachment | 2 | RIP | (b)(5) DPP and ACP |

**DESCRIPTION:** This document, titled "Points on U.S. Domestic Approval Procedures for Becoming a Party to the Paris Agreement", is an attachment to an interagency email exchange between the National Security Council ("NSC"), and State Department officials from SECC and L. The Department withheld the draft points of this document under FOIA **Exemption 5**, 5 U.S.C. § 552(b)(5), pursuant to both the deliberative process and attorney-client privileges. All Exemption 5 withholdings within this document were made pursuant to both the deliberative process privilege and the attorney-client privilege. The Department conducted a line-by-line review of the document and determined that there is no additional meaningful, non-exempt information that could be reasonably segregated and released.