UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ENERGY POLICY ADVOCATES,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. DEPARTMENT OF STATE,<br><br>    Defendant. | Civil Action No. 19-3307 (TNM) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

Dated: August 22, 2023

ENERGY POLICY ADVOCATES

By Counsel:

/s/ *Matthew D. Hardin*
Matthew D. Hardin, D.C. Bar # 1032711
Hardin Law Office
1725 I Street NW, Suite 300
Washington, DC 20006
Phone: 202-802-1948
Email: MatthewDHardin@gmail.com

Respectfully submitted,

MATTHEW M. GRAVES
D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:        */s/ Dedra S. Curteman*
    DEDRA S. CURTEMAN
    IL Bar #6279766
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2550
    dedra.curteman@usdoj.gov

*Counsel for Defendant*